# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| THE VILLAS AT BAILEY SPRINGS HOMEOWNERS ASSOCIATION | : No. 638 MAL 2016 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Superior Court |
| | : |
| | : |
| THE VILLAS AT BAILEY SPRINGS, L.P., MESA HOLDINGS, INC. AND CORNERSTONE DEVELOPMENT GROUP, INC. | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| HPC ENTERPRISES, INC., ENVIRONMENTAL MATERIALS, LLC A/K/A ENVIRONMENTAL STONE WORKS, BURJA CONSTRUCTION, INC., ARCHER'S EXTERIORS, INC., SCHUYLKILL STONE, INC., ATLANTIC COAST EXTERIORS, INC., SANTOS HOME CORPORATION, INC., AMERICAN ALUMINUM AND INSULATION, COMPLETE FENCING AND JENNA ENTERPRISES, INC., STOCK BUILDING SUPPLIES AND TRUE VALUE HARDWARE, BEN LEWIS PLUMBING, INC., WILLIAMS HEATING AND AIR CONDITIONING, INC., ADVANTAGE SECURITY, INC., SIMPLEX GRINNELL, GOHN AND STAMBAUGH, INC., MONUMENTAL MILL WORK, INC., GROFFDALE CONCRETE WALLS, INC., L AND E BUSTAMENTE CONCRETE CO., INC., D.L. SANBORN CONCRETE CONSTRUCTION, INC., STRUCTUAL CONCRETE, INC., FRANK GENERAL CONSTRUCTION, HANOVER FOUNDATION COATING CO., PAVE N MORE, INC., MILLER'S PAVING, INC., | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

AND KINSLEYCONSTRUCTION, INC       :
                                   :
                                   :
                                   :
PETITION OF: THE VILLAS AT BAILEY  :
SPRINGS HOMEOWNERS                 :
ASSOCIATION                        :

## ORDER


**PER CURIAM**

    **AND NOW**, this 2nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.